IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CONNELL L. RHODEN,

    Plaintiff,

vs.

HY-FY MUFFLER, et al.,

    Defendants.

No. CIV S-05-2062 GEB KJM P

FINDINGS AND RECOMMENDATIONS

/

    Plaintiff has filed an action against Hy-Fy Muffler, the City of Redding, and the Redding Police Department, but he has used the form for a civil action utilized by the state superior courts. Although he has listed the address for this court's Redding division, his pleading is not in a form recognized by the federal court. It appears he has simply filed this action in the wrong court.[1]

    Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed. without prejudice.

////

/////

---

[1] If plaintiff intends to file his action in federal court, he may obtain a form complaint for use in filing civil rights actions under 42 U.S.C. § 1983 from the office of the Clerk of this Court.

1

1    These findings and recommendations are submitted to the United States District
2 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
3 days after being served with these findings and recommendations, plaintiff may file written
4 objections with the court.  The document should be captioned "Objections to Magistrate Judge's
5 Findings and Recommendations."  Plaintiff is advised that failure to file objections within the
6 specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
7 F.2d 1153 (9th Cir. 1991).
8 DATED:  May 16, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

2
rhod2062.sc